# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

CHARLIE WILBORN                                                                                          PLAINTIFF

V.                                              2:07CV00120 WRW/HDY

RONNIE WHITE, Sheriff, Phillips
County; and LONNIE WHITFIELD,
Jail Administrator, Phillips County                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge William R. Wilson, Jr.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

      1.      Why the record made before the Magistrate Judge is inadequate.

      2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, who was a pretrial detainee at the Phillips County Jail, commenced this action pursuant to 42 U.S.C. § 1983 alleging, among other issues, a denial of adequate medical care and access to the courts, and unsanitary conditions at the jail. Plaintiff's Complaint was not accompanied by an application to proceed *In Forma Pauperis*. On September 18, 2007 (docket entry #2) the Court directed Plaintiff to file an *in forma pauperis* application. This Order was returned to the Court as undeliverable on September 24, 2007, and shortly thereafter Plaintiff notified the Court that he had been released from jail and was at home in Mississippi (docket entry #5).

The Court then entered a second Order on October 16, 2007 (docket entry #6), again directing Plaintiff to submit an *in forma pauperis* application, now reflecting his "free-world" status. To date

the Court has had no response to this Order.

Local Rule 5.5(c)(2) provides that if any communication from the Court to a *pro se* litigant is not responded to within thirty days, the case may be dismissed without prejudice. More than thirty days have passed since the entry date of the Court's last Order, and Plaintiff has not responded nor has the correspondence from the Court been returned as undeliverable to Plaintiff's last known address.

Under these circumstances, the undersigned concludes that this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) ("District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and we review the exercise of this power for abuse of discretion.")

## **CONCLUSION**

IT IS THEREFORE RECOMMENDED that Plaintiff's cause of action be dismissed without prejudice.

DATED this __19__ day of November, 23007.

*/s/ H. Daniel Young*
_____
UNITED STATES MAGISTRATE JUDGE