**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**


CHARLIE WILBORN                                                                    PLAINTIFF


V.                                    2:07CV00120 WRW


RONNIE WHITE, Sheriff, Phillips
County; and LONNIE WHITFIELD,
Jail Administrator, Phillips County                                          DEFENDANTS


**<u>ORDER</u>**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT  IS THEREFORE ORDERED that  Plaintiff's cause of action is dismissed without prejudice.

DATED this 11th day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE